**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE:<br>**JOSEPH A VAUDO**<br><br>**Debtor** | Chapter 13<br>Case No. 19-10740 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

To:  The Clerk of Court and all Parties:

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rule 2002 and Local Rule 9010-3 the undersigned enters his appearance on behalf of ANTHONY PREVETT as a creditor and/or party in interest herein, and requests that Notices of all matters in the case be served upon its attorneys, as follows:

> Robert P. Jachowicz
> Mayer, Antonellis, Jachowicz & Haranas, LLP
> 439 Worcester Road
> Framingham, MA  01701-0966
> Telephone No. (508) 620-0140, Ext. 12
> Fax No. (508) 875-7728
> Email:  rjachowicz@hkwg.com

Request is hereby also made for service of copies of all pleadings, including but not limited to, Motions, Orders and Notice of all hearings or other pleadings, relating to any issue which may be raised in the above captioned case.

Dated:  March 13, 2019

> /s/ Robert P. Jachowicz
> Robert P. Jachowicz, BBO No. 248380
> Email:    rjachowicz@hkwg.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS**

IN RE:

**JOSEPH A VAUDO**

**Debtor**

Chapter 13
Case No. 19-10740

### CERTIFICATE OF SERVICE

I, Robert P. Jachowicz, hereby certify that on March 13, 2019 a copy of the foregoing Notice of Appearance was served on the following parties whose names appear below by ECF, unless otherwise indicated.

- Carolyn Bankowski-13-12    13trustee@ch13boston.com
- Peter M. Daigle    pmdaigleesq@yahoo.com, daiglelawoffices@gmail.com;r43947@notify.bestcase.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV

## Manual Notice List

**None**

/s/ Robert P. Jachowicz
Robert P. Jachowicz, BBO No. 248380
Email:    rjachowicz@hkwg.com