# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

In Re:                                                                               Case No. 19-10740

Joseph A. Vaudo

## MOTION OF G-FOUR, LLC
## FOR RELIEF FROM AUTOMATIC STAY

      NOW COMES G-FOUR, LLC, a creditor in the above-referenced case and moves this court for an order granting Creditor relief from the automatic stay to proceed with its state court remedies in evicting the Debtor, Joseph Vaudo. As grounds herefor, Creditor states:

      1.      On or about May 27, 2015, the Debtor and Creditor entered into a Lease for a parcel of land located at 8 Gallo Road Sandwich, Massachusetts identified on Barnstable Land Court Plan 11508F as Lot 7 ("Property"). A copy of said Lease is attached as <u>Exhibit 1</u>.

      2.      On or about August 23, 2018, Creditor initiated a summary process action against Debtor in Barnstable District Court as Case Number 1825SV000214 ("Action").

      3.      On October 25, 2018, Judgment in said Action was entered upon an Agreement for Judgment entered into between the Creditor and Debtor ("Judgment"). A copy of said Judgment is attached as <u>Exhibit 2</u>.

      4.      On January 10, 2019, the Debtor and Creditor entered into a Stipulation on Creditor's Motion for an Order for Execution for Possession, whereby the Debtor agreed to cure certain breaches of the Judgment ("Stipulation"). A copy of said Stipulation is attached as <u>Exhibit 3</u>.

      5.      On or about March 7, 2019, the Debtor initiated this Chapter 13 case.

      6.      Debtor did not list the Lease on Schedule G.

      7.      Debtor has not paid rent pursuant to that Lease and Stipulation for April ($2,750.00) or May ($5,500.00) of 2019.

      8.      Debtor has not paid outstanding real estate taxes pursuant to the Lease and Stipulation in the amount of $3,808.30 which were due on May 1, 2019.

      9.      Debtor's Chapter 13 Plan does not provide for treatment of the Lease and his monthly income and expenses set forth on Schedule I and J fail to show any income or rent payments with respect to the Lease. Hence, Debtor has not demonstrated that his

possession of the Property under the Lease is necessary to the effectiveness of Debtor's plan of reorganization.

10. As demonstrated by the terms of the Lease and Debtor's schedules, Debtor has no equity in the Property.

11. Accordingly, Creditor is entitled to relief from the stay pursuant to 11 U.S.C. §362(d)(2).

12. Insofar as Debtor has failed to meet post-petition obligations under the Lease by his failure to pay rent and property taxes, and insofar as his plan fails to provide any assurance of his making these payments going forward, creditor is entitled to relief from stay for lack of adequate protection pursuant to 11 U.S.C. §362(d)(1).

13. Creditor's Certificate of Compliance with M.L.B.R. 13-16-1(3) is submitted herewith.

WHEREFORE, the Creditor respectfully moves this court to grant Creditor relief from stay in order that Creditor may pursue recovery of possession of the Property through the continuation of the Action now pending in Barnstable District Court or any lawful remedy to recover possession of the Property – without thereby seeking any money damages against the Debtor – in accordance with the proposed order submitted herewith.

DATED this 23rd day of May, 2019.

>Creditor,
>G-FOUR, LLC,
>By its attorney,
>
>/s/J. Alexander Watt
>J. Alexander Watt
>P.O. Box 881
>Barnstable, MA  02630
>(508) 362-1900
>BBO #:  567994
>law.jaw@verizon.net

# CERTIFICATE OF SERVICE

I, J. Alexander Watt, attorney for the Creditor, G-FOUR, LLC, hereby certify that I have forwarded a copy of the foregoing **MOTION OF G-FOUR, LLC FOR RELIEF FROM AUTOMATIC STAY** by mailing copies of same, First Class, postage prepaid, to the following interested parties, except where service is deemed to have been given electronically by the filing hereof pursuant to MLRB Appendix 8, Rule 9:

| | |
|---|---|
| Carolyn Bankowski<br>Chapter 13 Trustee<br>P.O. Box 8250<br>Boston, MA  02114-0033 | Peter Daigle, Esq.<br>for the Debtor<br>1550 Falmouth Road, Suite 10<br>Centerville, MA  02632 |
| Joseph A. Vaudo<br>P.O. Box 248<br>Sandwich, MA  02563 | Robert P. Jackowicz, Esq.<br>Mayer, Antonellis, Jackowicz &<br>  Harenas, LLP<br>439 Worcester road<br>Framingham, MA  01701 |
| John Fitzgerald<br>Office of the U.S. Trustee<br>5 Post Office Square<br>10th Floor, Suite 1000<br>Boston, MA | |

DATED this 23rd day of May, 2019.

/s/J. Alexander Watt
J. Alexander Watt