Exhibit 2
Judgment



| JUDGMENT FOR PLAINTIFF(S) FOR POSSESSION AND RENT | DOCKET NUMBER 1825SU000214 | Trial Court of Massachusetts District Court Department Summary Process Session |
|---|---|---|

G-Four,LLC v. Joseph Vaudo Individually and as D/B/A Mr.Vaudo's Fish Market,Inc.

**SUBJECT PREMISES**
298 Route 6A, East Sandwich, MA 02537

| PLAINTIFF(S) WHO ARE PARTIES TO THIS JUDGMENT | COURT NAME & ADDRESS |
|---|---|
| G-Four,LLC | Barnstable District Court<br>3195 Main St<br>P.O. Box 398<br>Barnstable, MA 02630 |
| **DEFENDANT(S) WHO ARE PARTIES TO THIS JUDGMENT**<br>Joseph Vaudo Individually and as D/B/A Mr.Vaudo's Fish Market,Inc. | **NEXT COURT EVENT (IF ANY)**<br>No Future Event Scheduled |
| **ATTORNEY (OR PRO SE PARTY) TO WHOM THIS COPY OF JUDGMENT IS ISSUED**<br>Alexander M Joyce, Esq.<br>Alexander M. Joyce<br>118 Waterhouse Rd<br>Buzzards Bay, MA 02532 | **FURTHER ORDERS OF THE COURT**<br>Agreement for Judgment filed and adopted by the Court on October 25, 2018. Please see attached. |

## JUDGMENT FOR PLAINTIFF(S) FOR POSSESSION AND RENT

On the above action, by agreement of the parties, the issues having been duly tried or heard, and a finding or verdict having been duly rendered, IT IS ORDERED AND ADJUDGED by the Court (Hon. James J McGovern) that the plaintiff(s) named above recover of the Defendant(s) named above possession of the subject premises shown above and, for unpaid rent, use and occupation, the "Judgment Total" shown below plus other costs as may be taxed pursuant to law, with postjudgment interest thereon pursuant to G.L. c. 235, § 8 at the "Annual Interest Rate" shown below from the "Date Judgment Entered" shown below until the date of payment.

### NOTICE OF ENTRY OF JUDGMENT

Pursuant to Mass. R. Civ. P. 54, 58, 77(d) and 79(a) and Uniform Summary Process Rule 10(d), this Judgment has been entered on the docket on the "Date Judgment Entered" shown below, and this notice is being sent to all parties.

| | |
|---|---|
| 1. Date of Breach, Demand or Complaint | 08/13/2018 |
| 2. Date Judgment Entered | 10/25/2018 |
| 3. Number of Days of Prejudgment Interest (line 2 - Line 1) | 73 |
| 4. Annual Interest Rate of 0.00/365.25 = Daily Interest rate | .000000 |
| 5. Single Damages | $0.00 |
| 6. Prejudgment Interest (lines 3x4x5) | $.00 |
| 7. Double or Treble Damages Awarded by Court (where authorized by law) | $ |
| 8. Costs Awarded by Court | $.00 |
| 9. Attorney Fees Awarded by Court (where authorized by law) | $ |
| 10. JUDGMENT TOTAL PAYABLE TO PLAINTIFF(S) (Lines 5+6+7+8+9) | $0.00 |

| DATE JUDGMENT ENTERED | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|
| 10/25/2018 | X<br>Charles J. Ardito, III<br>Clerk-Magistrate |

021  www.mass.gov/courts  Date/Time Printed: 10-26-2018 10:00:42

COMMONWEALTH OF MASSSACHUSSETTS

BARNSTABLE, SS
BARNSTABLE DISTRICT COURT
DOCKET NO. 2018 SU 000214

G-FOUR, LLC )
)
    Plaintiff )
)
vs. )
)
JOSEPH VAUDO, Individually )
And as Mr. Vaudo's Fish Market, Inc. )
)
    Defendant )

## AGREEMENT FOR JUDGMENT

Now come the parties and agree to the following facts and entry of this Judgment as follows:

1. Judgment for Possession shall enter for the Plaintiff forthwith. Execution for Possession shall be stayed pursuant to the terms of this Agreement. Upon full performance of this Agreement by Defendant, Plaintiff shall move to vacate the Judgment.

2. Defendant agrees to pay $13,000.00 that constitutes a portion of the real estate taxes due to the Town of Sandwich on or before Friday, October 26, 2018. (As of 10/3/18 $18,416.20 is owed with a per diem of $5.51). Defendant shall make prompt notice of payment to Plaintiff's Attorney Alexander M. Joyce, Esquire 118 Waterhouse Road Suite E Bourne, MA 02532.

3. The Defendant shall pay the balance of all outstanding Real Estate taxes and water charges, including the real estate taxes due on November 1, 2018 on this property by Wednesday November 28, 2018. Payments will be made directly to the Town of Sandwich with notice to Plaintiff. All further Real Estate Taxes and water charges shall be paid fifteen (15) days of receipt of the tax bill.

4. The base rent for September, October, 2018 is due and outstanding. In additional to paying all real estate taxes set forth in paragraphs 2 and 3, Defendant shall pay One Half of September, October, November and December's rent ($5,500 x 4/2) of a total of $11,000 on December 1, 2018 to Defendant, at Crabtree, CPA and Associates 426 North Street Hyannis, MA 02601. The other one-half of the rent due for the months September, October, November, December, 2018 and January, February, March, April 2019 rent $5,500/2=$2,250 (a total of $22,000.) will be deferred and then due and payable on May 1, 2021 and paid by

OCT 2 5 2018

the Defendant in quarterly installments of $5,500. on May 1, 2021, August 1, 2021, December 1, 2021, March 1, 2022. (These sums will be in addition to the base rent).

5. Base rent of $5,500 per month under the lease will resume on May 1, 2019 at $5,500.

6. Plaintiff's attorney's fees and costs of $4,000 shall be added onto the deferred rent and then due and payable in quarterly installments beginning on May 1, 2021;

7. To the extent necessary, this Agreement for Judgment shall also serve as an amendment to the Lease, dated May 27, 2015.

8. All other terms of the Lease dated May 27, 2015 shall remain in force and effect.

9. Breach of any of the terms shall entitle the Plaintiff to move for an Execution for Possession to issue on 3 business days notice to Defendant. Plaintiff reserves rights to other damages, including but not limited to rent.

10. Defendant waives rights of appeal and further stays of execution. Both parties waive claims against each other that may precede the date of this Agreement except for rent.

11. Provided Execution issues, Defendant agrees to then vacate the property in broom clean condition and remove all possessions. Any possessions remaining will be deemed abandoned and the Plaintiff may dispose of same as appropriate.

_____
JOSEPH VAUDO, Individually and as d/b/a Mr. Vaudo's Fish Market, Inc.
P.O. Box 248
Sandwich, MA 02563

_____
G-FOUR, LLC, by
Manager: David Collins
P.O. Box 344
Sagamore, MA 02561

_____
Jonathan Fitch, Esquire
P.O Box 1346
Sandwich, MA 02563
(774) 313 6985

Dated: October 25, 2018

_____
Alexander M. Joyce, Esquire
118 Waterhouse Road
Suite E, Bourne, MA 02532
(508) 759-4070
BBO # 550181
alec@capelawyer.net

Adopted by the Court
10/25/18