Exhibit 3
Stipulation

Bouefield District Court           No. 1825 SU 000214

G-Four, LLC

A TRUE COPY, ATTEST:
CLERK
Charles J. Ardito, III
Clerk-Magistrate

v.

Joseph Vaudo, Individually and as d/b/a)
Mr. Vaudo's Fish Market, Inc.) Stipulation

① The above Motion will be continued to Thursday February 14, 2019, @ 9:00.

(due on 12/1/18)

② Plaintiff's will accept the $6,000. payment without prejudice to fg.

($2,750)

③ Defendant agrees to pay Tony's 2018 rent by 5:00 p.m. Jany 11, 2019 to Crabtree & Assc.

③ Defendant agrees to pay February's rent of $2,750. by 5:00 pm February 1, 2019 and March's rent of $2,750. on March 1, 2019 and April's rent of $2,750.— on April 1, 2019.

($3808.05)

④ Defendant agrees to pay Real Estate taxes of 3rd Quarter of 2018 on or before February 1, 2019.

⑤ All other terms and conditions of the Agreement for Judgment dated October 25, 2018 are ratified and confirmed

—1—

For the Plaintiffs

_____
Alexander M. [Joyce]
112 Wellhouse Road
Bourne, MA 02532
(508) 759-4096

For the Defendant

_____
Jonathan Fitch, Esq.
P.O. Box 1346
Sandwich, MA 02563
(774) 313-6985

_____
For Top G-Fees LLC
David Collins

_____
Joseph Vaudo

Dated: January 10, 2019

A TRUE COPY, ATTEST:
_____ CLERK
Charles J. Ardito, III
Clerk-Magistrate

Accepted by Court
Barrett J
1/18/19

- 2 -