UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Joseph A. Vaudo                                    **Case/AP Number** 19-10740 **-FJB**
                                                              **Chapter** 13

#28 Chapter 13 Trustee's Motion for Order Dismissing Case with certificate of service. Objections due by 05/10/2019. (Bankowski-13-12, Carolyn)

**COURT ACTION:**

_____Hearing held

_____Granted        _____Approved         _____Moot

_____Denied         _____Denied without prejudice     _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order       _____Released   _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

ORDER:  In light of the response of the Debtor, the Trustee shall file, on or before June 11, 2019, either a notice of withdrawal of the motion to dismiss or a supplement to the motion to dismiss.

IT IS SO ORDERED:

*Frank J. Bailey* (signature)

Dated: 05/28/2019

Frank J. Bailey
United States Bankruptcy Judge